# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **AMELIA CARLSEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| **v.** ) | |
| ) | No. 05-2081-KHV |
| **PERFUME PIZAZZ, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

This matter is before the Court on Plaintiff's Motion [To] Set Aside Judgment [Under] Rule 60(b), Fed. R. Civ. P. (Doc. #27) filed March 23, 2006. For substantially the reasons stated in Defendant's Response To Plaintiff's Motion For Relief From Judgment Pursuant To Federal Rule 60(b) (Doc. #29) filed April 4, 2006, the Court overrules plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion [To] Set Aside Judgment [Under] Rule 60(b), Fed. R. Civ. P. (Doc. #27) filed March 23, 2006 be and hereby is **OVERRULED**.

Dated this 19th day of April, 2006 at Kansas City, Kansas.

                                                          s/ Kathryn H. Vratil
                                                          KATHRYN H. VRATIL
                                                          United States District Judge